STATE COURT RECORD
10cv4820 (ADS)

Documents received from:

    JUDITH PASCALE
    Suffolk County Clerk
    310 Center Street
    Riverhead, New York 11901-3392

Documents received:

1. Summons/Complaint
2. Affidavit of Service
3. Stipulation

5. Stipulation
6. Order, 11/21/07
7. Notice of Motion to dismiss
8. Notice of Cross-Motion to Amend Complaint
9. Affirmation in Support of Assignment to Commercial Division
   a. Offering Circular  -Common Stock
   b. Memorandum of Law in Support of Dft's Motion to Dismiss the Complaint
   c. Reply Memorandum of Law in Further Support of Dft's Motion to Dismiss the Complaint and in Opposition to Plaintiffs' Cross-Motion to Amend
   d. Memorandum of Law
   e. Reply Memorandum in Support of Plaintiffs' Cross Motion to Amend Complaint
   f. Reply Affidavit
   g. Reply Affidavit
     Affidavit of Arthur S. Glick in Support of Dft's   Reply to Plaintiff's Opposition toDft's Motion to Dismiss
10. Order, 11/21/10

12. Notice of Entry
13. Affidavit of Service
14. Defendant's Verified Answer
15.
16. Affidavit of Service
17. Affidavit of Service
18. Affidavit of Service

| | |
|---|---|
| 19 | Conference Scheduled for 10/30/08 |
| 20 | Order to Show Cause |
| 21 | Affidavit in Support of Motion to be Relieved as Counsel |
| 22 | Affidavit of Personal Service |
| 23 | Conference Scheduled for 10/ 30/08 |
| 24 | Affidavit of Service |
| 25 | Affidavit of Personnel Service |
| 26 | Conference Scheduled 10/30/08 |
| 27 | Affidavit of Service |
| 28 | Notice of Change of Attorney |
| 29 | Notice of Appearance |
| 30 | Affidavit of Service |
| 31 | Notice of Appearance |
| 32 | Notice of Appearance |
| 33 | Affidavit of Service |
| 34 | Order, 2/2/10 |
| 35 | Notice of Dft's Motion to Dismiss for Failure to Prosecute |
| 36 | Notice of Cross Motion and Affirmation in Support |
| 37 | Affirmation in Opposition to Plf's Counsel's Motion in Action No. 1 to withdraw and in Support of Dfts' Motion in Action #1 and Action #2 to Dismiss for Failure to Prosecute |
| 38 | Notice of Entry |
| 39 | Affidavit of Service |
| 40 | Oder 4/7/10 |
| 41 | Notice of Entry, 1/28/10 |
| 42 | Affirmation of Service |
| 43 | Consent to Substitution of Attorney |
| 44 | Notice of Removal of Action |

&&&&&